**Tamitra DIXON, Appellant**

v.

**SMITH STATE PRISON, Appellee**

No. 17-7040
September Term, 2016

United States Court of Appeals, District of Columbia Circuit.

Filed On: June 21, 2017

Tamitra Dixon, Pro Se

BEFORE: Griffith and Pillard, Circuit Judges, and Ginsburg, Senior Circuit Judge

## JUDGMENT

Per Curiam

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed February 2, 2017, be affirmed. The court properly dismissed appellant's action for lack of subject matter jurisdiction because the claims are " 'patently insubstantial,' presenting no

federal question suitable for decision." Tooley v. Napolitano, 586 F.3d 1006, 1009 (D.C. Cir. 2009) (quoting Best v. Kelly, 39 F.3d 328, 330 (D.C. Cir. 1994)).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.